1202

No. 93–7645. JAE v. ROWLEY, PRESIDENT JUDGE, SUPERIOR COURT OF PENNSYLVANIA, WESTERN DISTRICT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7646. KOWALSKI v. BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. Sup. Ct. Ore. Certiorari denied.

No. 93–7650. LINDSEY v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–7655. DAVIS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 93–7658. KLEINSCHMIDT v. GATOR OFFICE SUPPLY & FURNITURE, INC., ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 93–7660. GREEN v. LINDSEY. C. A. 2d Cir. Certiorari denied.

No. 93–7673. BLACKSTON v. SKARBNIK ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7674. WILLIAMS v. ATLANTA JOURNAL & CONSTITUTION, INC., ET AL. Sup. Ct. Ga. Certiorari denied.

No. 93–7675. YSARRAS RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7719. PARKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7749. O'MURCHU v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–7763. LEE v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 93–7769. REED v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7779. ANTHONY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.